IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASJAD AHMED, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO.: 4:17-cv-01833 |
| DATA RUSH LOGISTICS INC., d/b/a DATA RUSH COURIERS S.A. | § § § | JURY DEMANDED |
| *Defendant*. | § § | |

## ORDER ON STIPULATION TO DISMISSAL

This Court, having considered the Parties' Joint Stipulation of Dismissal, is of the opinion that the stipulation should be GRANTED. It is, therefore:

**ORDERED** that Plaintiff Asjad Ahmed's claims against Data Rush Logistics, Inc., d/b/a Data Rush Couriers are dismissed with prejudice to re-filing the same. Costs of court shall be borne by the party incurring the same.

SIGNED on _Nov 29_, 2018

_____
JUDGE PRESIDING